# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

MC-20-00046-PHX-SPL

| | |
|---|---|
| JAMES EVERETT SHELTON<br>*Plaintiff*<br>v.<br>FCS CAPITAL LLC<br>doing business as<br>FUNDING CAPITAL SOURCE<br>doing business as<br>BUSINESS DEBT EXPERTS<br>formerly known as<br>BUSINESS DEBT RELIEF LLC<br>*Defendant* | Civil Action No. 18-cv-3723 |

FILED / RECEIVED SEP 0 8 2020 CLERK U S DISTRICT COURT DISTRICT OF ARIZONA BY _____ DEPUTY

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* _____12/11/19_____.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: _____3/12/20_____

CLERK OF COURT

s/John Arrow
*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON,<br><br>*Plaintiff*<br><br>v.<br><br>**FCS CAPITAL LLC, et al.,**<br><br>*Defendants* | Case No. 2:18-cv-03723-JDW |

## ORDER

AND NOW, this 11th day of December, 2019, upon consideration of Plaintiff James Everett Shelton's Motion for Summary Judgment (ECF No. 41), and for the reasons set forth in the Court's accompanying Memorandum, it is **ORDERED** that the Motion for Summary Judgment is **GRANTED IN PART** and **DENIED IN PART**, as follows:

1. The Motion is **GRANTED**, and **JUDGMENT IS ENTERED** in favor of Plaintiff James Everett Shelton and against Defendants FCS Capital LLC, Emil Yashayev, and Barry Shargel on Counts I and II of Shelton's Amended Complaint (ECF No. 7) in the amount of $27,000;

2. The Motion is **GRANTED**, and **JUDGMENT IS ENTERED** in favor of Plaintiff James Everett Shelton and against Defendants FCS Capital LLC, Emil Yashavev, and Barry Shargel on Counts III-VIII of Shelton's Amended Complaint (ECF No. 7) in the amount of $27,000; and

3. The Motion is **DENIED** as to Count IX of Shelton's Amended Complaint.

A TRUE COPY CERTIFIED FROM THE RECORD
DATED: 3-12-20
ATTEST: DEPUTY CLERK UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

It is **FURTHER ORDERED** that, on or before December 18, 2019, Shelton may submit a Memorandum, not to exceed five (5) pages, explaining why the Court should not enter summary judgment in Defendants' favor on Count IX of the Amended Complaint pursuant to Fed. R. Civ. P. 56(f)(1), given the analysis in the Court's Memorandum.

**BY THE COURT:**

/s/ *Joshua D. Wolson*
JOSHUA D. WOLSON, J.
