☒ FILED  ☐ LODGED

**Sep 29 2020**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
Jeshelton595@gmail.com

Plaintiff/Judgment Creditor, Pro Se

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES EVERETT SHELTON,<br>　　　Plaintiff/<br>　　　Judgment Creditor,<br><br>v.<br><br>FCS CAPITAL LLC, f/k/a BUSINESS DEBT RELIEF LLC<br>　　　Defendant/<br>　　　Judgment Debtor,<br><br>and<br><br>SECURE ACCOUNT SERVICE LLC<br>c/o Stephen R. Stratford,<br>430 S. Lake Havasu Avenue, Suite 101<br>Lake Havasu City, A 86403<br>　　　Executee/Garnishee. | NO. MC-20-00046-PHX-SPL<br><br>APPLICATION FOR WRIT OF EXECUTION<br>(Non-Earnings)<br><br>(Rule 69, Fed. R. Civ. Pro;<br>A.R.S. §§12-1572 – 1597) |

Commonwealth of Pennsylvania　)
　　　　　　　　　　　　　　　　) ss
County of Montgomery　　　　　　)

JAMES EVERETT SHELTON, being first duly sworn, deposes and says:

1. He is the above-named Judgment Creditor, *pro se*, and is authorized to make this Affidavit.

-1-

2. Plaintiff has recovered judgment against Judgment Debtor FCS Capital LLC, f/k/a Business Debt Relief LLC, 30 Montgomery St Ste 1200, Jersey City, NJ 07302-3829.

3. The amount of the outstanding balance on the judgment or order, including accrued interest and allowable costs is $54,650.37. Interest accrues at the rate of 1.57% per annum. The cost of serving the Writ of Execution will be as shown on the Affidavit of Service and may be added to the Judgment along with allowable costs.

4. I believe the Executee/Garnishee is holding money for judgment debtor which is not exempt from collection.

5. I have provided Executee's/Garnishee's name and address in the caption above.

6. I have attached a completed Writ of Execution and Summons form and ask that the Writ be issued.

DATED this 18th day of September, 2020.

_James E. Shelton_
JAMES EVERETT SHELTON
Judgment Creditor, Pro Se

SUBSCRIBED AND SWORN to before me this 18th day of September, 2020, by James Everett Shelton.

_Analice Harrison_
Notary Public

My Commission Expires on:

7/29/2023

Commonwealth of Pennsylvania - Notary Seal
Analice Harrison, Notary Public
Montgomery County
My commission expires July 29, 2023
Commission number 1292316
Member, Pennsylvania Association of Notaries