James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
Jeshelton595@gmail.com

Plaintiff/Judgment Creditor, Pro Se

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| JAMES EVERETT SHELTON | : | **NO. MC-20-00046-PHX-SPL** |
| Plaintiff/Judgment Creditor | : | |
| | : | |
| vs. | : | |
| FCS CAPITAL LLC, f/k/a BUSINESS DEBT RELIEF LLC | : | **EXECUTEE/GARNISHEE'S ANSWER AND AFFIDAVIT** |
| | : | **(Non-Earnings)** |
| Defendant/Judgment Debtor | : | |
| and | : | **(Rule 69, Fed. R. Civ. Pro;** |
| | : | **A.R.S. §§12-1572 – 1597)** |
| SECURE ACCOUNT SERVICE LLC | : | |
| c/o Stephen R. Stratford, | : | |
| 430 S. Lake Havasu Avenue, Suite 101 | : | |
| Lake Havasu City, A 86403 | : | |
| | : | |
| Executee/Garnishee. | : | |
| | : | |

State of Arizona    )
                    ) ss.
County of Mohave    )

**1.**     I am the above-named Exeuctee/Garnishee, or am authorized by the

Executee/Garnishee to make this affidavit on their behalf, regarding the Writ of

Execution served on Executee/Garnishee on _____.

**2.**     The Executee/Garnishee was _____ was not _____ indebted to or otherwise in

possession of monies of the Judgment Debtor at the time the Writ was served, including

-1-

without limitation, any accounts in which FCS Capital LLC, f/k/a Business Debt Relief LLC has any interest.

**3.**     The total amount of indebtedness or monies in the possession of the Executee/Garnishee at the time the Writ was served, including, without limitation, any accounts in which FCS Capital LLC, f/k/a Business Debt Relief LLC has any interest, is $_____.

4.     The total amount of indebtedness or monies of the Judgment Debtor withheld by the Executee/Garnishee pursuant to the Writ is $_____.

5.     The amount of indebtedness or monies or the Judgment Debtor not withheld by the Executee/Garnishee is $_____. Reason for not withholding is:

6.     At the time the Writ was served upon Executee/Garnishee, Executee/Garnishee did ___ did not ___ have possession of personal property of the Judgment Debtor. If yes, describe each item, or group of items, of personal property:

7.     Please list all items of personal property withheld by the Executee/garnishee pursuant to the Writ:

8.     Based upon Executee/Garnishee's knowledge, another person or entity is ___ is not ____ indebted to the Judgment Debtor, or in possession of personal property of the Judgment Debtor. If yes, give names and addresses.

9.     If Executee/Garnishee is a corporation, Judgment Debtor now, or at the time the Writ was served, has ___ does not have ___ any stocks, bonds, options or other interest in the Corporation. If yes, state the NUMBER and TYPE of shares owned by the Judgment

Debtor, and a DESCRIPTION of any other interest the Judgment Debtor owns in the Executee/Garnishee Corporation as of the date the Writ was served, as shown on the Corporation's records:

10.     If Executee/Garnishee answered "YES" to either question #2 or #6, copies of the Writ and Summons, underlying Judgment, Notice to Judgment Debtor, and Request for Hearing were delivered to Judgment Debtor on _____ by ____hand delivery, _____ regular first class mail to the address determined to be the best calculated to reach the Judgment Debtor in a timely manner, or _____ service pursuant to the Rules of Civil Procedure applicable to a Summons.

11.     Copies of this Answer were delivered on _____ to the Judgment Debtor, the Judgment Creditor, or Judgment Creditor's attorney, if applicable, by _____ hand delivery, _____ regular first class mail to the address determined to be the best calculated to reach the Judgment Debtor in a timely manner, service pursuant to the Rules of Civil Procedure applicable to a Summons, at the following address:


12.     Executee/Garnishee's name, mailing address and telephone number is:


13.     I have read the foregoing document and know of my own knowledge that the facts stated therein are true and correct.

WHEREFORE, Executee/Garnishee prays that Executee/Garnishee be discharged on this Answer and that the Court award Executee/Garnishee reasonable compensation in the amount of $_____.

_____
Signature of Executee/Garnishee or
Authorized Agent

SUBSCRIBED AND SWORN on _____,


_____
Notary Public

-4-