T'shura-Ann Elias, State Bar No. 025460
LUNDBERG & ELIAS, PLLC
3640 Highway 95, Suite 140
Bullhead City, Arizona 86442
Telephone: (928) 704-7267
Email: tshura@lundberg-elias.com
Attorney for Executee/Garnishee

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Everett Shelton,<br><br>Plaintiff/Judgment Creditor<br><br>vs.<br><br>FCS Capital, LLC f/k/a Business Debt Relief, LLC,<br><br>Defendant/Judgment Debtor<br><br>and<br><br>Secure Account Service, LLC<br>c/o Stephen E. Stratford<br>430 S. Lake Havasu Avenue, Suite 101<br>Lake Havasu City, Arizona 86403<br><br>Excutee/Garnishee. | Case No.  MC-20-00046-PHX-SPL<br><br>**NOTICE OF APPEARANCE** |

**NOTICE IS HEREBY GIVEN** that Executee/Garnishee Secure Account Service, LLC has retained T'shura-Ann Elias of the law firm LUNDBERG & ELIAS, PLLC as its attorney in this matter. All future correspondence, pleadings, and the like shall be directed to the undersigned at the following address and telephone number:

> T'shura-Ann Elias
> Lundberg & Elias, PLLC
> 3640 Highway 95, Suite 140
> Bullhead City, Arizona 86442
> Telephone: (928) 704-7267
> Email: tshura@lundberg-elias.com

DATED this 30th day of October, 2020.

                                                       LUNDBERG & ELIAS, PLLC

                                                       _/s/ T'shura-Ann Elias_

                                                       T'shura-Ann Elias
                                                       Attorney for Executee/Garnishee

**Certificate of Service**

**ORIGINAL** of the foregoing filed with the Clerk of Court this 30th day of Oct 2020.

**COPIES** of the foregoing mailed/emailed this 30th day of Oct 2020, to:

James Everett Shelton
316 Covered Bridge Road
King of Russia, PA 19496
Email: Jeshelton595@gmail.com
Plaintiff/Judgment Creditor

FSC Capital LLC F/k/a Business Debt Relief, LLC
30 Montgomery Street, Suite 1200
Jersey City, New Jersey 07302-3829
Defendant/Judgment Debtor

By: _/s/_

-2-