1  James Everett Shelton
   316 Covered Bridge Road
2  King of Prussia, PA 19406
   (484) 626-3942
3  Jeshelton595@gmail.com

4  Plaintiff/Judgment Creditor, Pro Se

5                  **UNITED STATES DISTRICT COURT**

6                   **FOR THE DISTRICT OF ARIZONA**

7  JAMES EVERETT SHELTON                  :
                                           :   NO. MC-20-00046-PHX-SPL
8           Plaintiff/Judgment Creditor    :
                                           :
9                                          :
            vs.                            :
10 FCS CAPITAL LLC, f/k/a BUSINESS         :   **EXECUTEE/GARNISHEE'S ANSWER**
   DEBT RELIEF LLC                         :              **AND AFFIDAVIT**
11                                         :              (Non-Earnings)
                                           :
12          Defendant/Judgment Debtor      :
   and                                     :   (Rule 69, Fed. R. Civ. Pro;
13                                         :   A.R.S. §§12-1572 – 1597)
   SECURE ACCOUNT SERVICE LLC              :
14 c/o Stephen R. Stratford,               :
   430 S. Lake Havasu Avenue, Suite 101    :
15 Lake Havasu City, A 86403               :
                                           :
16          Executee/Garnishee.            :
                                           :
17 _____

18     State of Arizona       )
                              ) ss.
19     County of Mohave       )

20     1.   I am the above-named Exeuctee/Garnishee, or am authorized by the

21  Executee/Garnishee to make this affidavit on their behalf, regarding the Writ of

22  Execution served on Executee/Garnishee on __10/20/2020__.

23
       2.   The Executee/Garnishee was __X__ was not _____ indebted to or otherwise in
24
    possession of monies of the Judgment Debtor at the time the Writ was served, including
25

26                                        -1-

without limitation, any accounts in which FCS Capital LLC, f/k/a Business Debt Relief LLC has any interest.

3. The total amount of indebtedness or monies in the possession of the Executee/Garnishee at the time the Writ was served, including, without limitation, any accounts in which FCS Capital LLC, f/k/a Business Debt Relief LLC has any interest, is $ 28,821.61 .

4. The total amount of indebtedness or monies of the Judgment Debtor withheld by the Executee/Garnishee pursuant to the Writ is $ 28821.61 .

5. The amount of indebtedness or monies or the Judgment Debtor not withheld by the Executee/Garnishee is $ 28550.84 . Reason for not withholding is: Future fees due through 2/27/2022. See attached list of countracts.

6. At the time the Writ was served upon Executee/Garnishee, Executee/Garnishee did  X  did not ___ have possession of personal property of the Judgment Debtor. If yes, describe each item, or group of items, of personal property: BDR Reserve Account in the amount of $ 28821.61

7. Please list all items of personal property withheld by the Executee/garnishee pursuant to the Writ: BDR Reserve account in the amount of $ 28,821.61

8. Based upon Executee/Garnishee's knowledge, another person or entity is  X  is not ___ indebted to the Judgment Debtor, or in possession of personal property of the Judgment Debtor. If yes, give names and addresses.   An unnamed law firm who pays BDF a fee for services rendered.  See attachment for list.

9. If Executee/Garnishee is a corporation, Judgment Debtor now, or at the time the Writ was served, has ___ does not have  X  any stocks, bonds, options or other interest in the Corporation. If yes, state the NUMBER and TYPE of shares owned by the Judgment

-2-

Debtor, and a DESCRIPTION of any other interest the Judgment Debtor owns in the Executee/Garnishee Corporation as of the date the Writ was served, as shown on the Corporation's records:

10. If Executee/Garnishee answered "YES" to either question #2 or #6, copies of the Writ and Summons, underlying Judgment, Notice to Judgment Debtor, and Request for Hearing were delivered to Judgment Debtor on _October 22, 2020_ by ____hand delivery, _✓_ regular first class mail to the address determined to be the best calculated to reach the Judgment Debtor in a timely manner, or ____ service pursuant to the Rules of Civil Procedure applicable to a Summons.

11. Copies of this Answer were delivered on _October 30, 2020_ to the Judgment Debtor, the Judgment Creditor, or Judgment Creditor's attorney, if applicable, by ____ hand delivery, _✓_ regular first class mail to the address determined to be the best calculated to reach the Judgment Debtor in a timely manner, service pursuant to the Rules of Civil Procedure applicable to a Summons, at the following address:

12. Executee/Garnishee's name, mailing address and telephone number is:
Secure Account Service LLC
c/o T'Shura Elias
Lundberg & Elias, PLLC
3640 Hwy 95, Suite 140
Bullhead City, AZ 86442

13. I have read the foregoing document and know of my own knowledge that the facts stated therein are true and correct.

WHEREFORE, Executee/Garnishee prays that Executee/Garnishee be discharged on this Answer and that the Court award Executee/Garnishee reasonable compensation in the amount of

$_____. Legal Fees plus processing fees of $ 50.00 per month for processing monthly payments. Payments to be calculated on all active contracts as listed in attachment..

**FUTURE FEES DUE TO Business Debt Relief (BDR) FROM A LAW FIRM**

| Contract Name | End date | Appx. Mthly. | Total Fees Due |
|---|---|---|---|
| Lee 2nd | 12/24/2020 | $ 1,214.00 | $ 3,642.34 |
| Schwind | 1/7/2023 | $ 108.80 | $ 2,393.76 |
| Nevels | 4/5/2021 | $ 443.00 | $ 443.04 |
| Buday | due | $ 1,451.00 | $ 1,451.66 |
| Haynes | 5/10/2021 | $ 366.00 | $ 2,564.05 |
| Cook | 11/21/2020 | $ 255.00 | $ 511.25 |
| Uddin | 5/20/2021 | $ 229.00 | $ 1,833.04 |
| Chepuri | 2/6/2021 | $ 281.00 | $ 1,126.60 |
| Jordan | 7/3/2022 | $ 23.00 | $ 972.30 |
| Siritpakul | 3/7/2022 | $ 322.00 | $ 5,487.05 |
| Siritpakul 2nd | 2/27/2022 | $ 477.00 | $ 8,125.75 |
| Total due thru 2023 | | | $ 28,550.84 |

**BDR RESERVE FUNDS Currently held           $28,821.61**

Secure Account Service LLC (SAS) is a payment processor for clients of a certain law firm. Business Debt Relief (BDR) is paid a certain amount each month for their services to the law firm. The law firm can change processors at any time, in which case SAS would have no control or access to any future fees that are currently scheduled to be paid to BDR. Clients can also change or drop out of their agreement with the law firm for any number of reasons, rendering their agreement void and previously scheduled fees are never paid. As a payment processor, SAS has absolutely no control over these circumstances. The only fees belonging to BDR, that SAS currently in its custody, is the BDR Reserve account ($28,821.61). SAS holds Reserve accounts until there are no more active contracts, at which time, the funds are returned to the owner and their accounts with SAS are closed.

                                                                                             *[signature]*

Signature of Executee/Garnishee or Authorized Agent

SUBSCRIBED AND SWORN on October 22, 2020,

                                                        *[signature]*

                                                                     Notary Public

> TERRI L. MCELRATH
> NOTARY PUBLIC - ARIZONA
> MOHAVE COUNTY
> COMMISSION # 552074
> MY COMMISSION EXPIRES
> OCTOBER 16, 2022

-4-