1  T'shura-Ann Elias, State Bar No. 025460
2  LUNDBERG & ELIAS, PLLC
   3640 Highway 95, Suite 140
3  Bullhead City, Arizona 86442
   Telephone: (928) 704-7267
4  Email: tshura@lundberg-elias.com
5  Attorney for Executee/Garnishee

6  **IN THE UNITED STATES DISTRICT COURT**
   **FOR THE DISTRICT OF ARIZONA**
7

8  James Everett Shelton,                        | Case No.  MC-20-00046-PHX-SPL

9              Plaintiff/Judgment Creditor
                                                  | **CERTIFICATE OF SERVICE**
10     vs.

11
   FCS Capital, LLC f/k/a Business Debt Relief,
12 LLC,

13              Defendant/Judgment Debtor

14 and
15
   Secure Account Service, LLC
16 c/o Stephen E. Stratford
   430 S. Lake Havasu Avenue, Suite 101
17 Lake Havasu City, Arizona 86403
18
                Excutee/Garnishee.
19

20 STATE OF ARIZONA     )
                        )ss.
21 County of Mohave     )

22
       T'shura-Ann Elias, being first duly sworn upon her oath states that on this 30th day of October
23
   2020, she caused the Executee's/Garnishee's Notice of Appearance, Executee's/Garnishee's
24
25 Answer and Affidavit and this Certificate of Service to be filed electronically to Clerk of the Court,

26 District Court of Arizona, and that she caused one (1) copy of the foregoing to be deposited in the

27 United States Postal Service, postage paid, to be delivered to the following address:
28

-1-

James Everett Shelton
316 Covered Bridge Road
King of Russia, PA 19496
Email: Jeshelton595@gmail.com
Plaintiff/Judgment Creditor

FSC Capital LLC F/k/a Business Debt Relief, LLC
30 Montgomery Street, Suite 1200
Jersey City, New Jersey 07302-3829
Defendant/Judgment Debtor

_/s/ T'shura-Ann Elias_
T'shura-Ann Elias
Attorney for Executee/Garnishee
Secure Account Service, LLC

**SUBSCRIBED AND SWORN** before me this 30th day of October 2020 by T'shura-Ann Elias.

_/s/_
Notary Public

My Commission Expires:
April 16, 2024

TIANA HUNTER
Notary Public - Arizona
Mohave County
Commission # 581337
My Comm. Expires Apr 16, 2024

**Certificate of Service**

**ORIGINAL** of the foregoing filed with the Clerk of Court this 30th day of Oct 2020.

**COPIES** of the foregoing mailed/emailed this 30th day of Oct 2020, to:

James Everett Shelton
316 Covered Bridge Road
King of Russia, PA 19496
Email: Jeshelton595@gmail.com
Plaintiff/Judgment Creditor

FSC Capital LLC F/k/a Business Debt Relief, LLC
30 Montgomery Street, Suite 1200
Jersey City, New Jersey 07302-3829
Defendant/Judgment Debtor

By: /s/

-3-