James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
Jeshelton595@gmail.com

Plaintiff/Judgment Creditor, Pro Se

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES EVERETT SHELTON,<br>    Plaintiff/<br>    Judgment Creditor,<br><br>v.<br><br>FCS CAPITAL LLC, f/k/a BUSINESS DEBT RELIEF LLC<br>    Defendant/<br>    Judgment Debtor,<br>and<br><br>SECURE ACCOUNT SERVICE LLC<br>c/o T'Shura Elias<br>Lundberg & Elias, PLLC<br>3640 Hwy 95, Suite 140<br>Bullhead City, AZ 86442<br>    Executee/Garnishee. | **MC20-00046-PHX-SPL**<br><br>**APPLICATION FOR JUDGMENT ON GARNISHMENT (Non-Earnings)**<br><br>**(Rule 69, Fed. R. Civ. Pro; A.R.S. §§12-1572 – 1597)**<br><br>(U.S. District Court, Eastern District of Pennsylvania; Case No. 2:18-03723-JDW) |

Pursuant to A.R.S. §12-1584(a), Plaintiff James Everett Shelton ("Shelton"), the Judgment Creditor herein, requests that this Court enter a Judgment against Executee/Garnishee Secure Account Service LLC ("Garnishee") on Garnishee's Answer and Affidavit (the "Answer") in the amount of **$28,821.61** (the "Answer"). Garnishee was served with the Writ of Execution (the "Writ") on October 20, 2020, and filed its Answer on October 30, 2020. Garnishee's answer stated that pursuant to the Writ, it is holding **$28,821.61** of monies from the account of judgment

debtor (FCS Capital LLC, f/k/a Business Debt Relief LLC). A true and correct copy of the Answer is attached hereto as Exhibit "A" and by this reference incorporated herein.

There has been no objection to the Writ or the Answer. Accordingly, pursuant to A.R.S. §12- 24 1584(a), Plaintiff/Judgment Creditor is entitled to Judgment against Garnishee in the amount of **$28,821.61** as disclosed by Garnishee in its Answer. Plaintiff/Judgment Creditor respectfully requests that this Court enter Judgment against Garnishee, as requested herein, in the form submitted herewith.

DATED this 9th day of November, 2020.

_James E. Shelton_
JAMES EVERETT SHELTON
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
Jeshelton595@gmail.com
Plaintiff/Judgment Creditor, Pro Se

**CERTIFICATE OF SERVICE:**

I, James Everett Shelton, Plaintiff/Judgment Creditor, do hereby certify that on November 9, 2020, I served true and correct copies of the foregoing Application for Judgment on Garnishment, Exhibit "A", and proposed Judgment on Garnishment to the following parties via U.S. First Class Mail with postal Certificates of Mailing, addressed to the following parties:

FCS Capital LLC, f/k/a Business Debt Relief LLC
30 Montgomery Street, Suite 1200
Jersey City, NJ 07302-3829
Defendant/Judgment Debtor

Secure Account Service LLC
c/o T'Shura Elias
Lundberg & Elias, PLLC
3640 Hwy 95, Suite 140
Bullhead City, AZ 86442
Executee/Garnishee

Dated: November 9, 2020

*James E. Shelton* (signature)

James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
Jeshelton595@gmail.com
Plaintiff/Judgment Creditor, Pro Se

**Certificate Of Mailing — USPS**

Postmark: LA JOLLA - MAIN OFFICE, CA 92037, NOV 9 2020

From: James Everett Shelton
316 Covered Bridge Rd
King of Prussia, PA 19406

To: Secure Account Services LLC
c/o Tshura Ellis, Lundbee & Ellis, PLLC
3640 Hwy 95, Suite 140
Bullhead City, AZ 86442

PS Form 3817, April 2007  PSN 7530-02-000-9065

---

**Certificate Of Mailing — USPS**

Postmark: LA JOLLA - MAIN OFFICE, CA 92037, NOV 9 2020

From: James Everett Shelton
316 Covered Bridge Rd
King of Prussia, PA 19406

To: FCS Capital LLC, F/K/A Business Debt Relief LLC
30 Montgomery Street, Suite 1200
Jersey City, NJ 07302-3823

PS Form 3817, April 2007  PSN 7530-02-000-9065

# Exhibit "A"

```
1   James Everett Shelton
    316 Covered Bridge Road
2   King of Prussia, PA 19406
    (484) 626-3942
3   Jeshelton595@gmail.com
4   Plaintiff/Judgment Creditor, Pro Se
```

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES EVERETT SHELTON<br><br>Plaintiff/Judgment Creditor<br><br>vs.<br><br>FCS CAPITAL LLC, f/k/a BUSINESS DEBT RELIEF LLC<br><br>Defendant/Judgment Debtor<br>and<br><br>SECURE ACCOUNT SERVICE LLC<br>c/o Stephen R. Stratford,<br>430 S. Lake Havasu Avenue, Suite 101<br>Lake Havasu City, A 86403<br><br>Executee/Garnishee. | NO. MC-20-00046-PHX-SPL<br><br>EXECUTEE/GARNISHEE'S ANSWER<br>AND AFFIDAVIT<br>(Non-Earnings)<br><br>(Rule 69, Fed. R. Civ. Pro;<br>A.R.S. §§12-1572 – 1597) |

State of Arizona  )
                  ) ss.
County of Mohave  )

1. I am the above-named Exeuctee/Garnishee, or am authorized by the Executee/Garnishee to make this affidavit on their behalf, regarding the Writ of Execution served on Executee/Garnishee on __10/20/2020__.

2. The Executee/Garnishee was __X__ was not _____ indebted to or otherwise in possession of monies of the Judgment Debtor at the time the Writ was served, including

-1-

without limitation, any accounts in which FCS Capital LLC, f/k/a Business Debt Relief LLC has any interest.

3. The total amount of indebtedness or monies in the possession of the Executee/Garnishee at the time the Writ was served, including, without limitation, any accounts in which FCS Capital LLC, f/k/a Business Debt Relief LLC has any interest, is $ 28,821.61 .

4. The total amount of indebtedness or monies of the Judgment Debtor withheld by the Executee/Garnishee pursuant to the Writ is $ 28821.61 .

5. The amount of indebtedness or monies or the Judgment Debtor not withheld by the Executee/Garnishee is $ 28550.84 . Reason for not withholding is: Future fees due through 2/27/2022. See attached list of countracts.

6. At the time the Writ was served upon Executee/Garnishee, Executee/Garnishee did  X  did not ___ have possession of personal property of the Judgment Debtor. If yes, describe each item, or group of items, of personal property: BDR Reserve Account in the amount of $ 28821.61

7. Please list all items of personal property withheld by the Executee/garnishee pursuant to the Writ:   BDR Reserve account in the amount of $ 28,821.61

8. Based upon Executee/Garnishee's knowledge, another person or entity is  X  is not ___ indebted to the Judgment Debtor, or in possession of personal property of the Judgment Debtor. If yes, give names and addresses.   An unnamed law firm who pays BDF a fee for services rendered.   See attachment for list.

9. If Executee/Garnishee is a corporation, Judgment Debtor now, or at the time the Writ was served, has ___ does not have  X  any stocks, bonds, options or other interest in the Corporation. If yes, state the NUMBER and TYPE of shares owned by the Judgment

Debtor, and a DESCRIPTION of any other interest the Judgment Debtor owns in the Executee/Garnishee Corporation as of the date the Writ was served, as shown on the Corporation's records:

10.  If Executee/Garnishee answered "YES" to either question #2 or #6, copies of the Writ and Summons, underlying Judgment, Notice to Judgment Debtor, and Request for Hearing were delivered to Judgment Debtor on _October 22, 2020_ by ___ hand delivery, _✓_ regular first class mail to the address determined to be the best calculated to reach the Judgment Debtor in a timely manner, or ___ service pursuant to the Rules of Civil Procedure applicable to a Summons.

11.  Copies of this Answer were delivered on _October 30, 2020_ to the Judgment Debtor, the Judgment Creditor, or Judgment Creditor's attorney, if applicable, by ___ hand delivery, _✓_ regular first class mail to the address determined to be the best calculated to reach the Judgment Debtor in a timely manner, service pursuant to the Rules of Civil Procedure applicable to a Summons, at the following address:

12.  Executee/Garnishee's name, mailing address and telephone number is:
     Secure Account Service LLC
     c/o T'Shura Elias
     Lundberg & Elias, PLLC
     3640 Hwy 95, Suite 140
     Bullhead City, AZ 86442

13.  I have read the foregoing document and know of my own knowledge that the facts stated therein are true and correct.

WHEREFORE, Executee/Garnishee prays that Executee/Garnishee be discharged on this Answer and that the Court award Executee/Garnishee reasonable compensation in the amount of

$_____.     Legal Fees plus processing fees of $ 50.00 per month for
               processing monthly payments. Payments to be calculated
               on all active contracts as listed in attachment..

| | |
|---|---|
|   | _[signature]_ |
|   | Signature of Executee/Garnishee or Authorized Agent |

SUBSCRIBED AND SWORN on October 22, 2020

_[signature]_
Notary Public

TERRI L. MCELRATH
NOTARY PUBLIC - ARIZONA
MOHAVE COUNTY
COMMISSION # 552074
MY COMMISSION EXPIRES
OCTOBER 16, 2022

-4-

**FUTURE FEES DUE TO Business Debt Relief (BDR) FROM A LAW FIRM**

| Contract Name | End date | Appx. Mthly. | | Total Fees Due | |
|---|---|---|---|---|---|
| Lee 2nd | 12/24/2020 | $ | 1,214.00 | $ | 3,642.34 |
| Schwind | 1/7/2023 | $ | 108.80 | $ | 2,393.76 |
| Nevels | 4/5/2021 | $ | 443.00 | $ | 443.04 |
| Buday | due | $ | 1,451.00 | $ | 1,451.66 |
| Haynes | 5/10/2021 | $ | 366.00 | $ | 2,564.05 |
| Cook | 11/21/2020 | $ | 255.00 | $ | 511.25 |
| Uddin | 5/20/2021 | $ | 229.00 | $ | 1,833.04 |
| Chepuri | 2/6/2021 | $ | 281.00 | $ | 1,126.60 |
| Jordan | 7/3/2022 | $ | 23.00 | $ | 972.30 |
| Siritpakul | 3/7/2022 | $ | 322.00 | $ | 5,487.05 |
| Siritpakul 2nd | 2/27/2022 | $ | 477.00 | $ | 8,125.75 |
| Total due thru 2023 | | | | | 28,550.84 |

**BDR RESERVE FUNDS currently held** $ 28,821.61

Secure Account Service LLC (SAS) is a payment processor for clients of a certain law firm. Business Debt Relief (BDR) is paid a certain amount each month for their services to the law firm. The law firm can change processors at any time, in which case SAS would have no control or access to any future fees that are currently scheduled to be paid to BDR. Clients can also change or drop out of their agreement with the law firm for any number of reasons, rendering their agreement void and previously scheduled fees are never paid. As a payment processor, SAS has absolutely no control over these circumstances. The only fees belonging to BDR, that SAS currently in its custody, is the BDR Reserve account ($28,821.61). SAS holds Reserve accounts until there are no more active contracts, at which time, the funds are returned to the owner and their accounts with SAS are closed.

T'shura-Ann Elias, State Bar No. 025460
LUNDBERG & ELIAS, PLLC
3640 Highway 95, Suite 140
Bullhead City, Arizona 86442
Telephone: (928) 704-7267
Email: tshura@lundberg-elias.com
Attorney for Executee/Garnishee

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Everett Shelton,<br><br>Plaintiff/Judgment Creditor<br><br>vs.<br><br>FCS Capital, LLC f/k/a Business Debt Relief, LLC,<br><br>Defendant/Judgment Debtor<br><br>and<br><br>Secure Account Service, LLC<br>c/o Stephen E. Stratford<br>430 S. Lake Havasu Avenue, Suite 101<br>Lake Havasu City, Arizona 86403<br><br>Excutee/Garnishee. | Case No. MC-20-00046-PHX-SPL<br><br>**CERTIFICATE OF SERVICE** |

STATE OF ARIZONA )
)ss.
County of Mohave )

T'shura-Ann Elias, being first duly sworn upon her oath states that on this 30th day of October 2020, she caused the Executee's/Garnishee's Notice of Appearance, Executee's/Garnishee's Answer and Affidavit and this Certificate of Service to be filed electronically to Clerk of the Court, District Court of Arizona, and that she caused one (1) copy of the foregoing to be deposited in the United States Postal Service, postage paid, to be delivered to the following address:

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

James Everett Shelton
316 Covered Bridge Road
King of Russia, PA 19496
Email: Jeshelton595@gmail.com
Plaintiff/Judgment Creditor

FSC Capital LLC F/k/a Business Debt Relief, LLC
30 Montgomery Street, Suite 1200
Jersey City, New Jersey 07302-3829
Defendant/Judgment Debtor

*/s/ T'shura-Ann Elias*

T'shura-Ann Elias
Attorney for Executee/Garnishee
Secure Account Service, LLC

**SUBSCRIBED AND SWORN** before me this 30th day of October 2020 by T'shura-Ann Elias.

Notary Public

My Commission Expires:
April 16, 2024

TIANA HUNTER
Notary Public - Arizona
Mohave County
Commission # 581337
My Comm. Expires Apr 16, 2024

-2-

Case 2:20-mc-00046-SPL   Document 10   Filed 10/30/20   Page 3 of 3

**Certificate of Service**

**ORIGINAL** of the foregoing filed with the Clerk of Court this 30th day of Oct 2020.

**COPIES** of the foregoing mailed/emailed this 30th day of Oct 2020, to:

James Everett Shelton
316 Covered Bridge Road
King of Russia, PA 19496
Email: Jeshelton595@gmail.com
Plaintiff/Judgment Creditor

FSC Capital LLC F/k/a Business Debt Relief, LLC
30 Montgomery Street, Suite 1200
Jersey City, New Jersey 07302-3829
Defendant/Judgment Debtor

By: /s/ [signature]