FILED ___ LODGED
___ RECEIVED ___ COPY

NOV 12 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES EVERETT SHELTON,<br>　　　　Plaintiff<br><br>　　v.<br><br>FCS CAPITAL LLC, f/k/a BUSINESS DEBT RELIEF LLC<br>　　　　Defendant<br>and<br><br>SECURE ACCOUNT SERVICE LLC<br>　　　　Executee/Garnishee. | **JUDGMENT ON GARNISHMENT**<br><br>(U.S. District Court, Eastern District of Pennsylvania, Case No. 2:18-cv-03723-JDW)<br><br>MC20-00046-PHX-SPL |

The Court having reviewed and considered Judgment Creditor James Everett Shelton's Application for Judgment on Garnishment (the "Application"), and no timely objection to the Writ or the Answer (as those terms are defined in the Application) having been filed in this matter, and good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment be and hereby is entered in favor of Judgment Creditor James Everett Shelton and against Garnishee Secure Account Service LLC ("Garnishee") in the amount of **$28,861.21** as being held by Garnishee from the account of judgment debtor, FCS Capital LLC, f/k/a Business Debt Relief LLC.

DATED this _____ day of _____, _____.

_____
Honorable Steven P. Logan
United States District Judge