IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Everett Shelton,<br><br>　　Plaintiff/Judgment Creditor,<br>vs.<br><br>FCS Capital LLC,<br><br>　　Defendant/Judgment Debtor.<br>─────────────────────────────<br><br>Secure Account Service LLC,<br><br>　　Garnishee. | No.  MC-20-00046-PHX-SPL<br><br><br>**GARNISHMENT JUDGMENT** |

　　The Court, having reviewed Plaintiff/Judgment Creditor James Everett Shelton's Application for Judgment on Garnishment against Garnishee Secure Account Service LLC (Doc. 11), the Answer filed by Garnishee Secure Account Service LLC (Doc. 9), and the entire file in this matter, and good cause appearing,

　　**IT IS ORDERED** that Plaintiff's Application for Judgment on Garnishment against Garnishee Secure Account Service LLC (Doc. 11) is **granted**.

　　**IT IS FURTHER ORDERED** that judgment in the amount of $28,821.61 is entered against Garnishee Secure Account Service LLC and in favor of Plaintiff/Judgment Creditor James Everett Shelton.

　　**IT IS FURTHER ORDERED** that Plaintiff/Judgment Creditor James Everett

1  Shelton shall deliver a copy of this Judgment Against Garnishee to Garnishee Secure
2  Account Service LLC and Judgment Debtor FCS Capital LLC. Upon receipt of a copy of
3  this Judgment Against Garnishee, Account Service LLC shall immediately transfer the
4  judgment amount of $28,821.61 to James Everett Shelton.

**IT IS FURTHER ORDERED** that, upon filing the satisfaction of this Judgment, Garnishee Secure Account Service LLC is discharged and released from the Writ of Garnishment issued on October 1, 2020 (Doc. 7).

Dated this 19th day of November, 2020.

Honorable Steven P. Logan
United States District Judge

2