James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
Jeshelton595@gmail.com

Plaintiff/Judgment Creditor, Pro Se

```
           FILED        ___ LODGED
       ___ RECEIVED ___ COPY

            JAN 19 2021

       CLERK U S DISTRICT COURT
         DISTRICT OF ARIZONA
       BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES EVERETT SHELTON,<br>      Plaintiff/<br>      Judgment Creditor,<br><br>v.<br><br>FCS CAPITAL LLC, f/k/a BUSINESS DEBT RELIEF LLC<br>      Defendant/<br>      Judgment Debtor,<br><br>and<br><br>SECURE ACCOUNT SERVICE LLC<br>      Garnishee. | NO. MC-20-00046-PHX-SPL<br><br>**QUASH OF WRIT OF GARNISHMENT**<br>(Non-Earnings)<br><br>(U.S. District Court, Eastern District of Pennsylvania, Case No. 2:18-cv-03723-JDW) |

**NOTICE IS HEREBY GIVEN** that Plaintiff JAMES EVERETT SHELTON hereby **QUASHES** the Writ of Garnishment issued by this Court on November 25, 2020 and served herein upon Garnishee SECURE ACCOUNT SERVICE LLC for Judgment Debtor FCS Capital LLC, f/k/a Business Debt Relief LLC.

**DATED** this 11th day of January, 2021

                                                */s/ James E. Shelton*
                                               JAMES EVERETT SHELTON
                                               Judgment Creditor, Pro Se

## CERTIFICATE OF SERVICE:

I, James Everett Shelton, Plaintiff/Judgment Creditor, do hereby certify that on January 11, 2021, I served true and correct copies of the foregoing Quash of Writ of Garnishment (Non-Earnings) to the following parties via U.S. First Class Mail, addressed to the following parties:

FCS Capital LLC, f/k/a Business Debt Relief LLC
30 Montgomery Street, Suite 1200
Jersey City, NJ 07302-3829
Defendant/Judgment Debtor

Secure Account Service LLC
c/o T'Shura Elias, Esq.
Lundberg & Elias, PLLC
3640 Hwy 95, Suite 140
Bullhead City, AZ 86442
Attorney for Garnishee

Dated: January 11, 2021

*James E. Shelton*
James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
Jeshelton595@gmail.com
Plaintiff/Judgment Creditor, Pro Se