James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
Jeshelton595@gmail.com

Plaintiff/Judgment Creditor, Pro Se

FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 19 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES EVERETT SHELTON,<br>    Plaintiff/<br>    Judgment Creditor,<br><br>v.<br><br>FCS CAPITAL LLC, BARRY SHARGEL, & EMIL YASHAYEV<br><br>    Defendants/<br>    Judgment Debtors, | NO. MC-20-00046-PHX-SPL<br><br>SATISFACTION OF JUDGMENT AS TO ALL DEFENDANTS<br><br>(U.S. District Court, Eastern District of Pennsylvania, Case No. 2:18-cv-03723-JDW) |

    Plaintiff/Judgment Creditor JAMES EVERETT SHELTON, pro se, hereby acknowledges full satisfaction of the Judgment issued on December 11, 2019 in favor of Plaintiff JAMES EVERETT SHELTON and against Defendants FCS CAPITAL LLC, BARRY SHARGEL, and EMIL YASHAYEV, jointly and severally, in the amount of $54,000.00.

    **DATED** this 11th day of January, 2021

                                                   */s/ James E. Shelton*
                                                   JAMES EVERETT SHELTON
                                                   Judgment Creditor, Pro Se

## CERTIFICATE OF SERVICE:

I, James Everett Shelton, Plaintiff/Judgment Creditor, do hereby certify that on January 11, 2021, I served true and correct copies of the foregoing Satisfaction of Judgment as to All Defendants to the following parties via U.S. First Class Mail, addressed to the following parties:

FCS Capital LLC, f/k/a Business Debt Relief LLC
30 Montgomery Street, Suite 1200
Jersey City, NJ 07302-3829
Defendant/Judgment Debtor

Emil Yashayev
30 Montgomery Street, Suite 1200
Jersey City, NJ 07302-3829
Defendant/Judgment Debtor

Barry Shargel
30 Montgomery Street, Suite 1200
Jersey City, NJ 07302-3829
Defendant/Judgment Debtor

Secure Account Service LLC
c/o T'Shura Elias, Esq.
Lundberg & Elias, PLLC
3640 Hwy 95, Suite 140
Bullhead City, AZ 86442
Attorney for Garnishee

Dated: January 11, 2021

*James E. Shelton*
James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
Jeshelton595@gmail.com
Plaintiff/Judgment Creditor, Pro Se